<hr />

(30 Misc. Rep. 441.)

NICHOLS v. WEIL.

· (Supreme Court, Appellate Term. February 8, 1900.)

PRINCIPAL AND AGENT—UNDISCLOSED PRINCIPAL—AGENT'S LIABILITY.
    Where plaintiff furnished labor and material on certain premises at the request of an agent, who informed plaintiff he was not the owner of the premises, but failed to disclose his principal's name, the agent is personally liable to plaintiff.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by Isidor Nichols against Robert Weil. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVEN-TRITT, JJ.

Martin & Weil, for appellant.

Ambrose H. Purdy, for respondent.

MacLEAN, J. Upon evidence ample therefor the learned justice below determined that the plaintiff had rendered work, labor, and services and furnished material upon certain premises under an

agreement with the defendant, who testified that he had informed the plaintiff that he was not the owner, but the attorney for the owner, of the premises. Inasmuch as the defendant did not disclose the name of his principal, his contention against personal liability was ineffectual. Argersinger v. MacNaughton, 114 N. Y. 535, 21 N. E. 1022; Nelson v. Andrews, 19 Misc. Rep. 623, 44 N. Y. Supp. 384.

Judgment affirmed, with costs. All concur.